IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HENRY RAY DENNEY, ) <br> ) <br> Defendants. ) <br> ) | 8:13CR427 <br><br> ORDER |

This matter is before the court on the government's Motion to Continue Trial [13] due to counsel's scheduling conflicts.. For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for January 14, 2014 is continued to **January 28, 2014 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska  United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Because this is a criminal case, defendant must be present in person.

**DATED December 24, 2013.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**