IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13CR427 |
| vs. | |
| HENRY RAY DENNEY, | ORDER |
| Defendant. | |

Defendant Henry Ray Denney appeared before the court on Friday, April 17, 2015 on an Amended Petition for Warrant for Offender Under Supervision [62]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams, and the United States was represented by Assistant U.S. Attorney Donald J. Kleine. Defendant waived his right to a preliminary examination. The government did not oppose probation's recommendation that the defendant be detained until he can be released on conditions on April 22, 2015. Therefore, the defendant will be released on current conditions of supervision on the previously specified date.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on April 23, 2015 at 11:00 a.m. Defendant must be present in person.

2. The defendant is to be rolled up and released on current conditions of supervision to the Federal Public Defender on April 22, 2015.

Dated this 20th day of April, 2015

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge